IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DONNA KAYLOR; and MATTHEW KAYLOR )
)
) No. 3-12-0856
v. )
)
WAL-MART STORES EAST, L.P. )

O R D E R

In accord with the order entered December 9, 2013 (Docket Entry No. 24), the parties filed a mediation status report on December 19, 2013 (Docket Entry No. 25), advising that they have agreed to participate in private mediation on February 4, 2014.

By February 10, 2014, the parties shall file another joint mediation report, indicating whether they participated in mediation as scheduled and, if so, whether they were able to reach a resolution and, if so, when they will file an agreed order or stipulation of dismissal, and, if not, whether any potential for settlement remains.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge