UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONNA KAYLOR, et al., | ) | |
| | ) | |
| v. | ) | NO. 3:12-0856 |
| | ) | JUDGE SHARP |
| WAL-MART STORES, INC | ) | |
| | ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion for Rule 41(a)(2) Voluntary Nonsuit (Docket No. 64).

The motion is GRANTED and this action is hereby dismissed without prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE